■ In the Matter of BLUE CROSS OF WESTERN NEW YORK, INC., Appellant, v JAMES P. CORCORAN, as Superintendent of Insurance of the State of New York, et al., Respondents. (And Another Related Proceeding.)—Appeals from two judgments of the Supreme Court (Hughes, J.), entered July 24, 1989 in Albany County, which dismissed petitioners' applications, in two proceedings pursuant to CPLR article 78, to review two determinations of the Insurance Department imposing certain requirements upon its approval of petitioners' requests for premium rate increases.

Judgments affirmed, without costs, upon the opinions of Justice Harold J. Hughes. Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

■ In the Matter of the Claim of ROGELIO DAVILA, Respondent. COLORITE FILM PROCESSING, INC., Appellant; THOMAS F. HARTNETT, as Commissioner of Labor, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 24, 1989, which, *inter alia,* assessed Colorite Film Processing, Inc. for unemployment insurance contributions.

The conclusion that Colorite Film Processing, Inc. exercised sufficient direction and control over its messengers to establish their status as employees is supported by substantial evidence in the record *(see, Matter of Di Martino [Buffalo Courier Express Co.—Ross],* 59 NY2d 638). This is true even though there was evidence in the record which could have arguably supported a contrary conclusion *(see, Matter of CDK Delivery Serv. [Hartnett],* 151 AD2d 932). The messengers telephone Colorite's dispatcher for pick-up instructions, the deliveries were required to be completed the same day, Colorite set the pay rates for small package delivery and sometimes directed the order of delivery, and customer complaints were directed to Colorite. The remaining contentions of Colorite have been addressed and found lacking in merit.

Decision affirmed, without costs. Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.